## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TWAUNDA FLIE<br><br>           Plaintiff<br><br>v.<br><br>SYNCHRONY FINANCIAL d/b/a<br>SYNCHRONY BANK<br><br>           Defendants. | Civil Action No.:3:20-cv-00382-DWD |

## NOTICE OF SETTLEMENT

COMES NOW Defendant and notifies the Court that the parties have reached a settlement in this matter, and they are attempting to finalize the language of a written settlement agreement. The parties anticipate filing the appropriate dismissal documents with the Court within 60 days. Plaintiff consents to this filing.

SANDBERG PHOENIX & von GONTARD P.C.

By: */s/ Zachary S. Merkle*
Timothy C. Sansone, #06257469
Zachary S. Merkle #6322707
600 Washington Avenue - 15th Floor
St. Louis, MO  63101-1313
314-231-3332
314-241-7604 (Fax)
tsansone@sandbergphoenix.com
zmerkle@sandbergphoenix.com

*Attorneys for Defendant Synchrony Financial*

14243616.v1

2

**Certificate of Service**

      I hereby certify that on November 6, 2020 I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF filing system, which will serve it on the following counsel of record:

    Richard A. Voytas, Jr.
    Ross & Voytas, LLC
    12444 Powerscourt Drive, Suite 370
    St. Louis, MO 63131
    314-394-0605
    Fax: 636-333-1212
    Email: rick@rossvoytas.com

    *Attorney for Plaintiff Twaunda Flie*

                            */s/ Zachary S. Merkle*