**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Twaunda Flie,<br><br>Plaintiff,<br><br>v.<br><br>Synchrony Financial *dba* Synchrony Bank,<br><br>Defendant. | Civil Action No.: 3:20-cv-000382 |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Plaintiff Twaunda Flie ("Plaintiff") through her attorneys, Ross & Voytas, LLC, and Defendant Synchrony Bank (identified as Synchrony Financial *dba* Synchrony Bank) ("Defendant"), by and through its attorneys, Reed Smith LLP and Sandberg Phoenix & von Gontard, P.C., hereby stipulate to dismiss all claims against Defendant with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

Dated: February 10, 2021

By: */s/ Richard Voytas, Jr. (WITH CONSENT)*
Richard A Voytas, Jr.
Ross & Voytas, LLC
1244 Powerscourt Drive
Suite 370
Saint Louis, MO 63131
314-394-0605
636-333-1212 (Fax)
rick@rossvoytas.com

*Attorneys for Plaintiff Twaunda Flie*

Dated: February 10, 2021

By: */s/ Zachary S. Merkle*
Timothy C. Sansone
Zachary S. Merkle
Sandberg Phoenix & von Gontard, P.C.
600 Washington Avenue - 15th Floor
St. Louis, MO 63101-1313
314-231-3332
314-241-7604 (Fax)
tsansone@sandbergphoenix.com
zmerkle@sandbergphoenix.com

*Attorneys for Defendant Synchrony Financial*

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on the 10th day of February, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF filing system, which will serve it on the following counsel of record:

<div align="center">

Richard A Voytas, Jr.
Ross & Voytas, LLC
1244 Powerscourt Drive
Suite 370
Saint Louis, MO  63131

*Attorney for Plaintiff Twaunda Flie*

</div>

      Respectfully submitted,

By: */s/ Zachary S. Merkle*
Zachary S. Merkle