IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TWAUNDA FLIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 3:20-cv-382-DWD |
| | ) |
| SYNCHRONY FINANCIAL, | ) |
| *doing business as* | ) |
| Synchrony Bank, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of November 9, 2020 (Doc. 22), reflecting settlement between the parties, and the Stipulation of Dismissal filed February 10, 2021 (Doc. 25), this action is **DISMISSED with prejudice** with each party to bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: February 10, 2021

                                         **MARGARET M. ROBERTIE, Clerk of Court**
                                         *s/ Dana M. Winkeler*
                                         **Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**